# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 09-03250-CV-S-MDH |
| JAMES AUSTIN, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's pro se Motion. (Doc. 82.) In his motion, Defendant states that "I Do Not Trust Doctor Rice" and asks this Court to "Have Doctor Rice To Take Me Off The Haldol (Medication)." *Id.* Here, Defendant has an attorney, making his requests improper, and the Court "is not required 'to entertain pro se motions filed by a represented party.'" *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (citing *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). Therefore, the relief requested in the Motion is **DENIED** without prejudice. Any request of the Court should be made by and through Defendant's attorney, David Mercer. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: April 20, 2021